```
         FILED              RECEIVED
         ENTERED            SERVED ON
                     COUNSEL/PARTIES OF RECORD

              DEC 2 0 2011

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY:_____DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 2:11-CR-100-LDG (PAL) |
| KEITH LANARD TRAYLOR, ) | |
| Defendant. ) | |

## ORDER OF FORFEITURE

This Court finds that on December 13, 2011, defendant KEITH LANARD TRAYLOR, pled guilty to Count One of a One-Count Criminal Indictment charging him in Count One with Bank Robbery in violation of Title 18, United States Code, Section 2113(a) and agreed to the forfeiture of property set forth in the Forfeiture Allegation in the Criminal Indictment and agreed to in the Plea Memorandum. Docket #10.

This Court finds that KEITH LANARD TRAYLOR shall pay a criminal forfeiture money judgment of $5,480.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

. . .

. . .

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from KEITH LANARD TRAYLOR a criminal forfeiture money judgment in the amount of $5,480.00 in United States Currency.

DATED this __20__ day of __Dec__, 2011.

_____
UNITED STATES DISTRICT JUDGE