UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,
  Plaintiff,
  v.                                      2:11-CR-100-LDG (PAL)

KEITH LANARD TRAYLOR,
  Defendant.

### ORDER OF FORFEITURE

This Court found on December 20, 2011, that KEITH LANARD TRAYLOR shall pay a criminal forfeiture money judgment of $5,480.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c). Docket #31.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from KEITH LANARD TRAYLOR a criminal forfeiture money judgment in the amount of $5,480.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

DATED this 18 day of April, 2012.

UNITED STATES DISTRICT JUDGE