# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KEITH LANARD TRAYLOR,<br><br>    Defendant. | Case No. 2:11-cr-00100-LDG (PAL)<br><br>**ORDER** |

The defendant has filed a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. §2255. Accordingly,

THE COURT **ORDERS** that the government shall file a response to the defendant's motion no later than 21 days from the entry of this Order.

DATED this __19__ day of February, 2016.

_____
Lloyd D. George
United States District Judge